**Order filed August 23, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00680-CV
_____

## IN THE INTEREST OF M.E.H.

**On Appeal from the 345th District Court
Travis County, Texas
Trial Court Cause No. D-1-AG-15-002375**

## ORDER

This appeal is one of five appeals pending from the underlying suit. Those appeals were filed in the Third Court of Appeals and transferred to this court by order of the Supreme Court. The appeal numbers are:

| 3rd Court of Appeals | 14th Court of Appeals |
| --- | --- |
| 03-18-00165-CV | 14-18-00281-CV |
| 03-18-00475-CV | 14-18-00675-CV |
| 03-18-00489-CV | 14-18-00680-CV |
| 03-18-00490-CV | 14-18-00681-CV |
| 03-18-00491-CV | 14-18-00682-CV |

**This order pertains to appeal 14-18-00680-CV only**.

The notice of appeal states appellant desires to appeal from the "Order to Revoke Suspension of Commitment signed by the Court on May 10, 2018." No such order appears in the clerk's record, which was filed August 8, 2018.

Accordingly, we direct the Travis County District Clerk to file a supplemental clerk's record by **September 4, 2018**, containing:

1. Motion to Revoke Suspension of Commitment, filed February 7, 2018; and

2. Order to Revoke Suspension of Commitment, signed May 10, 2018.

*See* Tex. R. App. P. 34.5(c).

If either of the requested items is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certification so stating.

PER CURIAM